In the Matter of the Application of DANIEL McNAMARA, JR., Appellant, v. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, for an Order to Review the Action of the Board of

Elections of the City of New York in Accepting and Filing an Independent Nominating Petition Purporting to Place ALFRED J. GIORDANO in Nomination for Member of Assembly, Ninth Assembly District, Kings County, under the Name and Emblem of City Fusion Party, and to Require the Rejection of Said Petition.— Order appealed from reversed on the, law and the matter referred to Mr. Justice Lockwood, who is hereby designated for that purpose, forthwith to take proof and determine whether or not the petitions are valid in view of the provisions of subdivision 4 of section 137 of the Election Law, providing that " The name of a person signing such a petition for an election for which voters are required to be registered shall not be counted unless such person shall, on one of the days of registration, in such year, be registered as a qualified voter " and make appropriate order thereon. This court has determined to hear this appeal at this time because it has been informed by the board of elections that it will not affect the printing of the ballots whichever way it may be decided by the Special Term. Young, Kapper, Hagarty, Carswell and Tompkins, JJ., concur.